THE BARNEGAT RAILROAD COMPANY, APPELLANT, v. THE STATE BOARD OF TAXES AND ASSESSMENT AND NEWTON A. K. BUGBEE, COMPTROLLER OF THE TREASURY, RESPONDENTS.

Argued March 9, 1923—Decided May 4, 1923.

On appeal from the Supreme Court in which the following *per curiam* was filed:

"The writ of *certiorari* in this case brings before us for review the assessment of taxes payable to the State of New Jersey by the prosecutor for the year 1921 for railroad purposes. The same questions are involved in this case as in the case of the *Bergen County Railroad Co., prosecutor,* v. *State Board of Taxes and Assessment et al.* (No. 226, June term, 1922), which we have decided. For the reasons given in the case of the Bergen County Railroad Company, the tax against the Barnegat Railroad Company for the year 1921, as certified in the amended assessment filed by the State Board of Taxes and Assessment will be affirmed."

For the appellant, *Wall, Haight, Carey & Hartpence.*

For the respondents, *Thomas F. McCran,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

`For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, WHITE, HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK, JJ.    11.

*For reversal*—None.